**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-24090-ALTMAN**

**JAIRO ALEJANDRO AVILA PADUA**,

*Plaintiff*,

*v*.

**U.S. DEPARTMENT OF HOMELAND SECURITY**, *et al.*,

*Defendants*.
_________________________________________/

# ORDER

On August 12, 2026, our Plaintiff filed a Notice of Voluntary Dismissal [ECF No. 9], stating that—in accordance with Federal Rule of Civil Procedure 41—he "voluntarily dismisses the above-captioned case without prejudice." *Id.* at 1. Being fully advised, the Court hereby **ORDERS and ADJUDGES** that this matter is **DISMISSED without prejudice**. All deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED as moot**. We instruct the Clerk of Court to **CLOSE** this case.

**DONE AND ORDERED** in the Southern District of Florida on August 13, 2026.

_________________________________
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record